2008 FEB 29 PM 4:33
FILED
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08-260 |
| Plaintiff, ) | INDICTMENT |
| v. ) | [18 U.S.C. § 1344: Bank Fraud; 18 U.S.C. § 1028A: Aggravated Identity Theft; 18 U.S.C. § 2: Aiding and Abetting and Causing an Act to Be Done] |
| MI KYUNG KIM, ) aka Jamie Mikyung Kim, ) aka Katherine Kim, ) | |
| Defendant. ) | |

The Grand Jury charges:

COUNTS ONE THROUGH THREE

[18 U.S.C. §§ 1344, 2]

At all times relevant to this indictment:

1. Bank of America, Washington Mutual Bank, and Banco Popular (collectively, "the Banks") were banks, the deposits of which were insured by the Federal Deposit Insurance Corporation.

2. Defendant MI KYUNG KIM, also known as Jamie Mikyung Kim and Katherine Kim ("defendant KIM"), lived and worked in the

MRW/mrw

Koreatown section of Los Angeles. Among other professional activities, defendant KIM purported to assist Korean immigrants in obtaining bank loans to finance the immigrants' small businesses.

3. Beginning in early 2006, and continuing through at least October 2006, in Los Angeles County, within the Central District of California, and elsewhere, defendant KIM, aided and abetted by others known to the United States Attorney, knowingly and with intent to defraud, executed and attempted to execute a scheme to defraud the Banks as to material matters, and to obtain money owned by and in the custody and control of the Banks by means of material false and fraudulent pretenses, misrepresentations, and promises, and the concealment of material facts.

4. The fraudulent scheme operated in substance in the following manner:

   a. In early 2006, defendant KIM met with J.B.L. Defendant KIM offered to assist J.B.L. in obtaining a business line of credit at Bank of America. J.B.L. filled out a loan application at defendant KIM's office in Koreatown. In preparing the application, J.B.L. provided defendant KIM with various means of identification, including J.B.L.'s full name, home address, Social Security number, and driver's license.

   b. After J.B.L. received no further information from either defendant KIM or Bank of America regarding his loan application, J.B.L. believed that the loan application had been rejected.

c. In reality, Bank of America approved the loan in the name of "J.B.L. dba Shin Hwa Import" and established a checking account for J.B.L. that was linked to the loan.

d. Shortly after the loan and checking account were established at Bank of America, defendant KIM caused approximately $35,000 to be borrowed against J.B.L.'s loan and withdrawn from Bank of America without J.B.L.'s consent or knowledge.

e. Defendant KIM also caused a loan application in the name of J.B.L. to be submitted to Washington Mutual Bank in Los Angeles in mid-2006. J.B.L. was unaware of defendant KIM's actions with regard to this loan application. Washington Mutual Bank approved the loan in the name of "J.B.L. dba Power of Ginseng" and established a checking account for J.B.L. that was linked to the loan.

f. Shortly after the loan and checking account were established at Washington Mutual Bank, defendant KIM caused approximately $30,000 to be borrowed against J.B.L.'s loan and withdrawn from Washington Mutual Bank without J.B.L.'s consent or knowledge.

g. Defendant KIM caused a third loan application in the name of J.B.L. to be submitted to Banco Popular in Los Angeles in 2006. J.B.L. was unaware of defendant KIM's actions with regard to this loan application. Banco Popular approved the loan in the name of "J.B.L. dba Power of Ginseng" and established a checking account for J.B.L. that was linked to the loan.

h. Shortly after the loan and checking account were established at Banco Popular, defendant KIM caused approximately

$80,000 to be borrowed against J.B.L.'s loan and withdrawn from Banco Popular without J.B.L.'s consent or knowledge.

5. On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendant KIM committed, and willfully caused others to commit, the following acts, each of which constituted an execution of the fraudulent scheme:

| COUNT | DATE | ACT |
|---|---|---|
| ONE | June 21, 2006 | Submission of loan application in name of J.B.L. to Bank of America |
| TWO | August 17, 2006 | Submission of loan application in name of J.B.L. to Washington Mutual Bank |
| THREE | August 17, 2006 | Submission of loan application in name of J.B.L. to Banco Popular |

```
 1 |                        COUNT FOUR
 2 |                 [18 U.S.C. §§ 1028A, 2(b)]
 3 |      6.   The Grand Jury realleges and incorporates by reference the
 4 | allegations of paragraphs 1 through 4 above.
 5 |      7.   During and in relation to the violation of Title 18,
 6 | United States Code, Section 1344, described in Count Three of this
 7 | indictment, in Los Angeles County, within the Central District of
 8 | California, and elsewhere, defendant KIM knowingly transferred,
 9 | possessed, and used, and caused another to transfer, possess, and
10 | use, without lawful authority, a means of identification of another
11 | person.  Specifically, in August 2006, defendant KIM falsely used,
12 | and caused others to falsely use, the name, Social Security number,
13 | ///
14 | ///
15 | ///
```

and driver's license number of J.B.L. on a loan application submitted to Banco Popular without the permission of J.B.L.

A TRUE BILL

/S/
Foreperson

THOMAS P. O'BRIEN
United States Attorney

*[signed] Daniel Goodman, Deputy Chief, Criminal Division, FOR:*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

DOUGLAS A. AXEL
Assistant United States Attorney
Chief, Major Frauds Section

JILL FEENEY
Assistant United States Attorney
Deputy Chief, Major Frauds Section

MICHAEL R. WILNER
Assistant United States Attorney
Major Frauds Section