FILED 2008 APR -4 PM 4:50
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>      v.<br><br>MI KYUNG KIM,<br>aka Jamie Mikyung Kim,<br>aka Katherine Kim,<br><br>               Defendant. | CR No. 08-260(A)-PA<br><br>F I R S T<br>S U P E R S E D I N G<br>I N D I C T M E N T<br><br>[18 U.S.C. § 1344:<br>Bank Fraud; 18 U.S.C.<br>§ 1028A: Aggravated Identity<br>Theft; 18 U.S.C. § 2: Aiding<br>and Abetting and Causing an<br>Act to Be Done] |

The Grand Jury charges:

COUNTS ONE THROUGH THREE

[18 U.S.C. §§ 1344, 2]

At all times relevant to this indictment:

1. Bank of America, Washington Mutual Bank, and Banco Popular (collectively, "the Banks") were banks, the deposits of which were insured by the Federal Deposit Insurance Corporation.

2. Defendant MI KYUNG KIM, also known as Jamie Mikyung Kim and Katherine Kim ("defendant KIM"), lived and worked in the

MRW/mrw

Koreatown section of Los Angeles. Among other professional activities, defendant KIM purported to assist Korean immigrants in obtaining bank loans to finance the immigrants' small businesses.

3. Beginning in late 2005, and continuing through at least October 2006, in Los Angeles County, within the Central District of California, and elsewhere, defendant KIM, aided and abetted by others known to the Grand Jury, knowingly and with intent to defraud, executed and attempted to execute a scheme to defraud the Banks as to material matters, and to obtain money owned by and in the custody and control of the Banks by means of material false and fraudulent pretenses, misrepresentations, and promises, and the concealment of material facts.

4. The fraudulent scheme operated in substance in the following manner:

Loan Obtained in the Name of Y.H.K.

    a. In approximately January 2006, defendant KIM met with Y.H.K. Y.H.K. was a construction contractor who performed work on defendant KIM's office and on a residential property that she controlled. In approximately April 2006, defendant KIM offered to assist Y.H.K. in obtaining a business line of credit at a local bank for a business venture. For this reason, Y.H.K. provided defendant KIM with various means of identification, including Y.H.K.'s full name, home address, Social Security number, and driver's license.

    b. Defendant KIM never told Y.H.K. that she had applied for a business loan for Y.H.K.'s construction business at Washington Mutual Bank.

1    c.  In reality, in approximately April 2006, Washington
2 Mutual Bank approved a loan in the name of "Y.H.K. dba KJ
3 Construction" and established a checking account for Y.H.K. that was
4 linked to the loan.
5    d.  Shortly after the loan and checking account were
6 established at Washington Mutual Bank, defendant KIM caused
7 approximately $50,000 to be borrowed against the loan in the name of
8 Y.H.K. and withdrawn from Washington Mutual Bank without Y.H.K.'s
9 consent or knowledge.

Loan Obtained in the Name of Y.H.L.

11   e.  In late 2005, defendant KIM met with Y.H.L. regarding
12 the purchase of a home in Southern California.  For the purpose of
13 obtaining a mortgage loan, Y.H.L. provided defendant KIM with
14 various means of identification, including Y.H.L.'s full name, home
15 address, Social Security number, and driver's license.
16   f.  Y.H.L. never requested that defendant KIM apply for
17 any business loan or line of credit on his behalf.  However, in
18 approximately June 2006, unbeknownst to Y.H.L., defendant KIM
19 applied for a business loan in the name of Y.H.L.  Washington Mutual
20 Bank approved the loan in the name of "Y.H.L. dba Chung Jin Dong"
21 and established a checking account for Y.H.L. that was linked to the
22 loan.
23   g.  Shortly after the loan and checking account were
24 established at Washington Mutual Bank, defendant KIM caused
25 approximately $30,000 to be borrowed against Y.H.L.'s loan and
26 withdrawn from Washington Mutual Bank without Y.H.L.'s consent or
27 knowledge.
28

3

Loan Obtained in the Name of J.B.L.

  h. In early 2006, defendant KIM met with J.B.L. Defendant KIM offered to assist J.B.L. in obtaining a business line of credit at Bank of America. J.B.L. filled out a loan application at defendant KIM's office in Koreatown. In preparing the application, J.B.L. provided defendant KIM with various means of identification, including J.B.L.'s full name, home address, Social Security number, and driver's license.

  i. After J.B.L. received no further information from either defendant KIM or Bank of America regarding his loan application, J.B.L. believed that the loan application had been rejected.

  j. In reality, Bank of America approved the loan in the name of "J.B.L. dba Shin Hwa Import" and established a checking account for J.B.L. that was linked to the loan.

  k. Shortly after the loan and checking account were established at Bank of America, defendant KIM caused approximately $35,000 to be borrowed against J.B.L.'s loan and withdrawn from Bank of America without J.B.L.'s consent or knowledge.

  l. Defendant KIM also caused a loan application in the name of J.B.L. to be submitted to Washington Mutual Bank in Los Angeles in mid-2006. J.B.L. was unaware of defendant KIM's actions with regard to this loan application. Washington Mutual Bank approved the loan in the name of "J.B.L. dba Power of Ginseng" and established a checking account for J.B.L. that was linked to the loan.

m. Shortly after the loan and checking account were established at Washington Mutual Bank, defendant KIM caused approximately $30,000 to be borrowed against J.B.L.'s loan and withdrawn from Washington Mutual Bank without J.B.L.'s consent or knowledge.

n. Defendant KIM caused a third loan application in the name of J.B.L. to be submitted to Banco Popular in Los Angeles in 2006. J.B.L. was unaware of defendant KIM's actions with regard to this loan application. Banco Popular approved the loan in the name of "J.B.L. dba Power of Ginseng" and established a checking account for J.B.L. that was linked to the loan.

o. Shortly after the loan and checking account were established at Banco Popular, defendant KIM caused approximately $80,000 to be borrowed against J.B.L.'s loan and withdrawn from Banco Popular without J.B.L.'s consent or knowledge.

Loan Obtained in the Name of M.J.

p. In mid-2006, defendant KIM met with M.J. Defendant KIM assisted M.J. in applying for a line of credit for M.J.'s bridal boutique business. M.J. filled out a loan application for a small business loan at Banco Popular. In preparing the application, M.J. provided defendant KIM with various means of identification, including M.J.'s full name, home address, Social Security number, and driver's license.

q. M.J. was aware that Banco Popular opened a checking account in her name in connection with the loan application. However, defendant KIM told M.J. that the bank had not approved M.J.'s loan application for the boutique.

| | |
|---|---|
| 1 | r. In reality, Banco Popular approved the loan in the |
| 2 | name of "M.J. dba Abigail Couture Bridal" and linked the loan to |
| 3 | M.J.'s checking account. |
| 4 | s. Shortly after the loan was established at Banco |
| 5 | Popular, defendant KIM caused approximately $78,000 to be borrowed |
| 6 | against M.J.'s loan and withdrawn from Banco Popular without M.J.'s |
| 7 | consent or knowledge. |
| 8 | 5. On or about the following dates, in Los Angeles County, |
| 9 | within the Central District of California, and elsewhere, defendant |
| 10 | KIM committed, and willfully caused others to commit, the following |
| 11 | acts, each of which constituted an execution of the fraudulent |
| 12 | scheme: |

| COUNT | DATE | ACT |
|---|---|---|
| ONE | April 17, 2006 | Submission of a loan application in name of Y.H.K. to Washington Mutual Bank |
| TWO | June 6, 2006 | Submission of a loan application in name of Y.H.L. to Washington Mutual Bank |
| THREE | June 21, 2006 | Submission of loan application in name of J.B.L. to Bank of America |
| FOUR | August 17, 2006 | Submission of loan application in name of J.B.L. to Washington Mutual Bank |
| FIVE | August 17, 2006 | Submission of loan application in name of J.B.L. to Banco Popular |
| SIX | September 14, 2006 | Submission of a loan application in name of M.J. to Banco Popular |

| | |
|---|---|
| 1 | COUNT SEVEN |
| 2 | [18 U.S.C. §§ 1028A, 2(b)] |

6. The Grand Jury realleges and incorporates by reference the allegations of paragraphs 1 through 4 above.

7. During and in relation to the violation of Title 18, United States Code, Section 1344, described in Count One of this indictment, in Los Angeles County, within the Central District of California, and elsewhere, defendant KIM knowingly transferred, possessed, and used, and caused another to transfer, possess, and use, without lawful authority, a means of identification of another person. Specifically, on or about April 17, 2006, defendant KIM falsely used, and caused others to falsely use, the name, Social Security number, and driver's license number of Y.H.K. on a loan application submitted to Washington Mutual Bank without the permission of Y.H.K.

| | |
|---|---|
| 1 | COUNT EIGHT |
| 2 | [18 U.S.C. §§ 1028A, 2(b)] |

8. The Grand Jury realleges and incorporates by reference the allegations of paragraphs 1 through 4 above.

9. During and in relation to the violation of Title 18, United States Code, Section 1344, described in Count Two of this indictment, in Los Angeles County, within the Central District of California, and elsewhere, defendant KIM knowingly transferred, possessed, and used, and caused another to transfer, possess, and use, without lawful authority, a means of identification of another person. Specifically, on or about June 6, 2006, defendant KIM falsely used, and caused others to falsely use, the name, Social Security number, and driver's license number of Y.H.L. on a loan application submitted to Washington Mutual Bank without the permission of Y.H.L.

COUNT NINE

                        [18 U.S.C. §§ 1028A, 2(b)]

   10.   The Grand Jury realleges and incorporates by reference the allegations of paragraphs 1 through 4 above.

   11.   During and in relation to the violation of Title 18, United States Code, Section 1344, described in Count Five of this indictment, in Los Angeles County, within the Central District of California, and elsewhere, defendant KIM knowingly transferred, possessed, and used, and caused another to transfer, possess, and use, without lawful authority, a means of identification of another person.  Specifically, on or about August 17, 2006, defendant KIM falsely used, and caused others to falsely use, the name, Social Security number, and driver's license number of J.B.L. on a loan

///

///

///

application submitted to Banco Popular without the permission of J.B.L.

A TRUE BILL

/S/

_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

*(signature)*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division


DOUGLAS A. AXEL
Assistant United States Attorney
Chief, Major Frauds Section


JILL FEENEY
Assistant United States Attorney
Deputy Chief, Major Frauds Section


MICHAEL R. WILNER
Assistant United States Attorney
Major Frauds Section