# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER |
| Plaintiff(s), | CR 08-1020 PA |
| v. | |
| FARID OTHMAN SHLABI, JOSE OTHMAN SHALABI | **NOTICE OF FILING OF**<br>☑ **OFFICIAL**  ☐ **REDACTED  TRANSCRIPT** |
| Defendant(s). | |

TO ALL COUNSEL OF RECORD:

☑    Notice is hereby given that an official transcript of a proceeding, document number(s) 182 _____,
has been filed by the court reporter/electronic court recorder in the above-captioned matter.  The parties have seven (7) business days from the filing of the official transcript to file with the court a Notice of Intent to Request Redaction of this transcript and/or 21 calendar days from the filing of the official transcript to file with the court a Redaction Request.  If no such Notice or Redaction Request is filed, the transcript will be made electronically available to the public without redaction after 90 calendar days.  Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter/electronic court recorder or view the document at the clerk's office public terminal.

☐    Notice is hereby given that a redacted transcript of a proceeding, document number(s)
_____,
has been filed by the court reporter/electronic court recorder in the above-captioned matter.

CLERK U.S. DISTRICT COURT

Date: 10-29-09 _____         LEANDRA AMBER _____
                                       Court Reporter/Deputy Clerk