# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br><br>Plaintiff(s),<br><br>v.<br><br>MI KYUNG KIM<br><br><br>Defendant(s). | CASE NUMBER<br><br>CR 08-260 PA<br><br><br>**NOTICE OF FILING OF**<br>☑ **OFFICIAL** ☐ **REDACTED  TRANSCRIPT** |

TO ALL COUNSEL OF RECORD:

☑    Notice is hereby given that an official transcript of a proceeding, document number(s) 111                                                                                                                                 , has been filed by the court reporter/electronic court recorder in the above-captioned matter.  The parties have seven (7) business days from the filing of the official transcript to file with the court a Notice of Intent to Request Redaction of this transcript and/or 21 calendar days from the filing of the official transcript to file with the court a Redaction Request.  If no such Notice or Redaction Request is filed, the transcript will be made electronically available to the public without redaction after 90 calendar days.  Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter/electronic court recorder or view the document at the clerk's office public terminal.

☐    Notice is hereby given that a redacted transcript of a proceeding, document number(s)

                                                                                                                                 , has been filed by the court reporter/electronic court recorder in the above-captioned matter.


CLERK U.S. DISTRICT COURT


Date: 10-29-09                                    LEANDRA AMBER                                    
                                                 Court Reporter/Deputy Clerk